IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN G. MORRALL,

    Petitioner,                                   No. CIV S-04-0846 LKK GGH P

    vs.

JEANNE WOODFORD,

    Respondents.                           <u>ORDER</u>

_____ /

        Petitioner, a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested that this action be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed without prejudice.

        Accordingly, the Clerk of Court shall close this case.

DATED: 6/10/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
mor846.vol